# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:   KARL LINARD MALLOY,<br>Debtor. | Case No. 23-33442-KRH<br>Chapter 13 |

## ORDER DENYING MOTION WITHOUT PREJUDICE

On October 2, 2024, Kristin E. Schelin and Mark A. Watson (the "Creditors") filed their *Motion for Judgment and Position Statement Regarding Claim Estimation Proceedings* [ECF No. 234] (the "Motion"), whereby the Creditors seek judgment on certain gating issues pursuant to Rule 12(c) of the Federal Rules of Civil Procedure or, alternatively, Rule 56 of the Federal Rules of Civil Procedure.

Rule 9014(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") provides that certain Bankruptcy Rules in Part VII shall apply to contested matters, such as this matter. Any Part VII rule that is not listed in Bankruptcy Rule 9014(c) only applies to contested matters if ordered by the Court. Bankruptcy Rule 7012 is not listed as applicable to contested matters in Bankruptcy Rule 9014(c), and this Court has not ordered its application to this contested matter. As such, Rule 12(c) of the Federal Rules of Civil Procedure is inapplicable to this contested matter.

Rule 56 of the Federal Rules of Civil Procedure is applicable to this contested matter by application of Bankruptcy Rules 7056 and 9014. However, summary judgment is not appropriate at this time because the Motion does not comply with Local Bankruptcy Rule 7056-1. First, although the Motion contains a *Roseboro* notice, the notice of the Motion does not comply with Local Bankruptcy Rule 7056-1(H). Second, the Motion does not include a statement of undisputed material facts as required by Local Bankruptcy Rule 7056-1(C). Third, the Motion does not

include admissible evidence upon which the Court can rely, such as supporting affidavits or self-authenticating documents or orders. Accordingly, it is

**ORDERED, ADJUDGED, AND DECREED THAT**

1. The Motion is **DENIED WITHOUT PREJUDICE**.

2. The Creditors may file an amended motion for summary judgment. Should the Creditors choose to do so, any such motion must be filed no later than October 10, 2024. The response deadline for any such amended motion will be October 17, 2024. The Court will conduct a hearing on such an amended motion on **October 23, 2024, at 1:00 p.m.** at 701 E. Broad Street, Courtroom 5000, Richmond, Virginia, 23219.

Dated:   October 3, 2024             /s/ Kevin R. Huennekens
                                     UNITED STATES BANKRUPTCY JUDGE

                                     Entered on Docket: Oct 3 2024

**Copies to:**

**Karl Linard Malloy**
1600 Mill Quarter Road
Powhatan, VA 23139

**Carl M. Bates**
P. O. Box 1819
Richmond, VA 23218

**Christopher L. Perkins**
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219

**E. Duffy Myrtetus**
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219